NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

COLETTE MARQUIS,                              )
a/k/a COLETTE ANN MARQUIS,                    )
a/k/a COLETTE MARQUIS-KILIANY,                )
                                             )
        Appellant,                            )
                                             )
v.                                            )        Case No. 2D16-5327
                                             )
DEUTSCHE BANK NATIONAL TRUST                  )
COMPANY, as trustee for Long Beach            )
Mortgage Loan Trust 2006-WL3,                 )
                                             )
        Appellee.                             )
                                             )

Opinion filed December 14, 2018.

Appeal from the Circuit Court for Sarasota
County; Thomas M. Gallen, Judge.

James R. Ackley of Law Offices of James R.
Ackley, West Palm Beach, for Appellant.

Joseph T. Kohn and Benjamin B. Brown of
Quarles & Brady LLP, Naples, for Appellee.


PER CURIAM.


        Affirmed.


VILLANTI, MORRIS, and BLACK, JJ., Concur.